**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

**MICHAEL A. EVANS,**

    **Plaintiff,**

v.                                   **CASE NO. 3:08-cv-372-LAC/AK**

**OKALOOSA COUNTY, et al,**

    **Defendants.**
_____/

**ORDER TO SHOW CAUSE**

By Order dated September 15, 2008, Plaintiff was directed to file his complaint on a form for civil rights violations and a motion for leave to proceed in forma pauperis with completed financial affidavit. (Doc. 3). Plaintiff has filed a motion for IFP with an Affidavit of Financial Status (doc. 6), which he has partially completed and marked "NA" through most of the sections. It is entirely applicable what income and expenses he has and if he has no income and receives no assistance from government or family resources he should explain how he is able to rent property, eat and support a child. Plaintiff has also filed a motion contending that he does not have to complete the form complaint mailed to him citing Rule 15, Federal Rules of Civil Procedure. (Doc. 7). Local court rules provide that no "civil action commenced by *pro se* litigants under 42 U.S.C. § 1983, 28 U.S.C. §§ 1331, or 1346, shall be considered by the court unless the appropriate forms have been properly completed and filed by the litigant." N.D. Fla. Loc. R. 5.1(J)(2).

The Court will not process pro se complaints not on proper forms nor grant litigants leave to proceed without prepayment of court costs absent financial

information.  If Plaintiff does not wish to comply with these rules and procedures he may pay the full filing fee and serve his complaint himself.  Otherwise, he should follow our procedures or risk dismissal of his complaint.  Until the issue of court costs is resolved, Plaintiff's claims will not be reviewed, his complaint will not be served, and this case will not move forward.

Accordingly, it is

**ORDERED:**

1.  Plaintiff's Motion for Leave to Proceed (doc. 6) and for Relief of Order (doc. 7) are **DENIED**.  The Clerk shall mail to Plaintiff a new Motion and Affidavit with a complaint form.

2.  Plaintiff shall on or before **December 19, 2008**, file an amended complaint on the proper forms and submit a complete Affidavit of Financial Status or show cause as to why this case should not be dismissed for failure to prosecute.

3.  Failure to comply with this order will result in a recommendation to the district judge that this case be dismissed.

**DONE AND ORDERED** this 4th day of December, 2008.

s/ A Kornblum
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

*Case No: 1:06-cv-00142-MP-AK*